1 | Mark E. Ellis - 127159
2 | Brandon L. Reeves - 242897
  | Amanda N. Griffith - 288164
  | ELLIS LAW GROUP LLP
3 | 740 University Avenue, Suite 100
  | Sacramento, CA  95825
4 | Tel: (916) 283-8820
  | Fax: (916) 283-8821
5 | mellis@ellislawgrp.com
  | breeves@ellislawgrp.com
6 | agriffith@ellislawgrp.com

7 | Attorneys for Defendant LIBERTY ACQUISITIONS SERVICING, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| DANIAL OBERG, | Case No.: 2:15-CV-00390-JAM-DAD |
|---|---|
| PLAINTIFF, | **STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER** |
| v. | |
| LIBERTY ACQUISITIONS SERVICING, LLC, | |
| DEFENDANT. | |

NOW COME THE PARTIES by and through their counsel of record to move this Court to dismiss this action with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorney's fees.

Dated: July 20, 2015

ELLIS LAW GROUP LLP

By  /s/
Brandon L. Reeves
Attorney for Defendant
LIBERTY ACQUISITIONS SERVICING, LLC

- 1 -

STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER

Dated: July 20, 2015

HYDE & SWIGART

By ___/s/_____
    David J. McGlothlin
    Attorney for Plaintiff
    DANIAL OBERG

### **ORDER**

IT IS HEREBY ORDERED that based upon the joint motion of the parties, the above-captioned action is dismissed with prejudice pursuant to FRCP 41(a)(1).

IT IS SO ORDERED

Dated:  7/20/2015

/s/ John A. Mendez_____
Honorable John A. Mendez
United States District Court Judge

- 2 -

STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER

**CERTIFICATE OF SERVICE**

I, Jennifer E. Mueller, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 740 University Avenue, Suite 100, Sacramento, CA 95825.

On July 20, 2015, I served the following document(s) on the parties in the within action:

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**

| X | **VIA ELECTRONIC SERVICE**: The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service, to the following: |
|---|---|

| | |
|---|---|
| David J. McGlothlin<br>Hyde & Swigart<br>2633 E. Indian School Road<br>Suite 460<br>Phoenix, AZ 85016 | Attorneys for Plaintiff<br>DANIAL OBERG |

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on July 20, 2015.

By ._____
          Jennifer E. Mueller

- 3 -
STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER